170 A.3d 327

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
SHAMIR MODESTIN, DEFENDANT–PETITIONER.

September 11, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001500–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 327

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
GIUSEPPE TEDESCO, DEFENDANT–PETITIONER.

September 11, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–006200–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.